IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 05-227 RB |
| ) | |
| vs. ) | |
| ) | |
| **ERIC WRIGHT,** ) | |
| ) | |
| Defendant. ) | |

## MOTION TO UNSEAL CASE, OR IN THE ALTERNATIVE, TO UNSEAL THE JUDGMENT

The United States of America moves this court for an order unsealing the above-captioned case, or, in the alternative, to unseal the judgment. As grounds the United States asserts that it is no longer the general practice of this Court to seal the case and docket in cases charging violations of 18 U.S.C. 2252,§ and that it is in best interest of justice and the public to unseal the case. In the alternative, the United States requests that the Court unseal the judgment in this case, so that law enforcement and the public have access to the judgment.

Respectfully submitted,

TERRI J. ABERNATHY
Acting United States Attorney

*/s/ Electronically filed 7/28/21*
TERRI J. ABERNATHY
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM  88001
(575) 522-2304