IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 05-227 RB |
| | ) |
| vs. | ) |
| | ) |
| **ERIC WRIGHT,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

THIS MATTER having come before the Court upon the written motion of the United States, and the Court having reviewed said motion and being otherwise fully advised the court, finds that the motion is well taken and shall be granted.

IT IS HEREBY ORDERED, that the Clerk of the Court unseal the above-captioned case.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE